UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

LARRY L. WILSON,

    Plaintiff,

v.

MEGAN J. BRENNAN,[1]
POSTMASTER GENERAL,
UNITED STATES POSTAL SERVICE,

    Defendant.

Case No. 2:14-cv-00428
CHIEF JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Kimberly A. Jolson

## ORDER

The Court held a Final Pretrial Conference in this case on October 27, 2017. Pursuant to the Court's Order, the parties will exchange any demonstrative exhibits, review the proposed trial exhibits, and will prepare any objections to these exhibits for the Court's ruling. The Court will rule upon these objections during a telephone status conference on **Wednesday, November 1, 2017, at 10:00 a.m.**

Additionally, the Court ruled on Defendant's Motions in Limine, as follows:

ECF No. 63 is **GRANTED**, for the reasons explained in Court.

ECF No. 69 is **GRANTED**, for the reasons explained in Court.

ECF No. 70 is **DENIED as MOOT**. Plaintiff represents that Mr. Brown is subpoenaed to appear at trial, mooting the need to use his deposition transcript. The parties will stipulate to the information in the applicable Employee and Labor Relations Manual ("ELM"), mooting the need for Mr. Bergen's deposition testimony at trial.

---

[1] Megan J. Brennan is automatically substituted as Postmaster General, United States Postal Service, as the formerly named Patrick R. Donahoe resigned his position as Postmaster General. *See* Fed. R. Civ. P. 25(d).

ECF No. 71 is **OVERRULED**, for the reasons explained in Court.

    **IT IS SO ORDERED.**

_10-27-2017_
**DATE**

                            **EDMUND A. SARGUS, JR.**
                             **CHIEF UNITED STATES DISTRICT JUDGE**